# United States Bankruptcy Court
For The
District of Nebraska

**IN RE:**                                                                                     CASE No. 14-41794-TLS

MATTHEW F TRACY                              BRENDA L TRACY
720 SUNFLOWER DR                             720 SUNFLOWER DR                                  SS #1 XXX-XX-2923
HICKMAN, NE 68372                            HICKMAN, NE 68372                                 SS #2 XXX-XX-1826

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | BANK OF AMERICA / PO BOX 17054<br>WILMINGTON, DE 19850 | None | | Not Filed |
| 002 | BILL ME LATER / PO BOX 205658<br>ATLANTA, GA 30348-5658 | None | | Not Filed |
| 003 | QUANTUM3 GROUP LLC / PO BOX 788<br>KIRKLAND, WA 98083-0788 | 529.80 | | Unsecured |
| 004 | CAPITAL ONE BANK / PO BOX 85167<br>RICHMOND, VA 23285 | None | | Not Filed |
| 005 | ECAST SETTLEMENT CORP / PO BOX 29262<br>NEW YORK, NY 10087-9262 | 3,494.82 | | Unsecured |
| 006 | CITIFINANCIAL / BSP13A<br>BALTIMORE, MD 21202 | None | | Not Filed |
| 007 | GEMB/AMAZON / PO BOX 981400<br>EL PASO, TX 79998 | None | | Not Filed |
| 008 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX 41067<br>NORFOLK, VA 23541 | 2,722.75 | | Unsecured |
| 009 | HOME DEPOT CREDIT SERVICES / P.O. BOX 182676<br>COLUMBUS, OH 43218 | None | | Not Filed |
| 010 | HSBC RETAIL SERVICES / P.O. BOX 60107<br>CITY OF INDUSTRY, CA 91716-0107 | None | | Not Filed |
| 011 | INTERNAL REVENUE SERVICE / INSOLVENCY<br>PO BOX 7346 / PHILADELPHIA, PA 19101-7346 | 13,253.03 | | Priority |
| 011 | INTERNAL REVENUE SERVICE / INSOLVENCY<br>PO BOX 7346 / PHILADELPHIA, PA 19101-7346 | 2,017.03 | | Unsecured |
| 012 | JC CHRISTENSEN AND ASSOCIATES / PO BOX 519<br>SAUK RAPIDS, MN 56379-0519 | None | | Not Filed |
| 013 | BECKET & LEE / PO BOX 3001<br>MALVERN, PA 19355-0701 | 631.52 | | Unsecured |
| 014 | MICHAEL MEYER / 4001 W. BUCKS<br>LINCOLN, NE 68523 | None | | Not Filed |

# United States Bankruptcy Court
For The
District of Nebraska

IN RE:

MATTHEW F TRACY
720 SUNFLOWER DR
HICKMAN, NE 68372

BRENDA L TRACY
720 SUNFLOWER DR
HICKMAN, NE 68372

CASE No. 14-41794-TLS
SS #1 XXX-XX-2923
SS #2 XXX-XX-1826

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 015 | NELNET LOANS / ATTN CLAIMS<br>PO BOX 17460 / DENVER, CO 80217 | None | | DirectPay |
| 016 | ONEMAIN FINANCIAL / 300 SAINT PAUL PL.<br>BSP 13A / BALTIMORE, MD 21202 | None | | Not Filed |
| 017 | ECAST SETTLEMENT CORP / PO BOX 29262<br>NEW YORK, NY 10087-9262 | 201.82 | | Unsecured |
| 018 | SEARS/CBSD / 701 EAST 60TH ST N<br>SIOUX FALLS, SD 57117 | None | | Not Filed |
| 019 | TRINITY FINANCIAL SERVICES, LLC / 2618 SAN MIGUEL DRIVE, SUITE 3<br>NEWPORT BEACH, CA 92660 | 98,468.72 | | DirectPay |
| 020 | TRINITY FINANCIAL SERVICES, LLC / 2618 SAN MIGUEL DRIVE, SUITE 3<br>NEWPORT BEACH, CA 92660 | 23,376.64 | 5.2500% | Secured |
| 021 | UNION BANK & TRUST CO / 4433 SOUTH 70TH STREET, STE 210<br>LINCOLN, NE 68516 | 564.97 | 5.2500% | Secured |
| 022 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX 41067<br>NORFOLK, VA 23541 | 3,559.68 | | Unsecured |
| 023 | ECMC / PO BOX 16408<br>ST PAUL, MN 55116-0408 | 23,951.61 | | DirectPay |
| 024 | QUANTUM3 GROUP LLC / PO BOX 788<br>KIRKLAND, WA 98083-0788 | 576.66 | | Unsecured |
| 025 | WELLS FARGO BANK NA / PO BOX 10438<br>MAC X2505-036 / DES MOINES, IA 50306 | 8,412.72 | | Unsecured |
| 026 | WELLS FARGO CARD SVCS / 1 HOME CAMPUS<br>3RD FLOOR / DES MOINES, IA 50328 | 8,517.89 | | Unsecured |
| 027 | WELLS FARGO BANK, NA / ATTN BANKRUPTCY DEPT, MAC D3347-014<br>3476 STATEVIEW BLVD / FORT MILL, SC 29715 | 145,411.85 | | DirectPay |
| 027A | WELLS FARGO BANK, NA / ATTN BANKRUPTCY DEPT, MAC D3347-014<br>3476 STATEVIEW BLVD / FORT MILL, SC 29715 | 1,981.65 | 5.5000% | Secured |
| 028 | VANDA, LLC / C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400 / SEATTLE, WA 98121 | 703.41 | | Unsecured |

# United States Bankruptcy Court
For The
District of Nebraska

| | | | |
|---|---|---|---|
| IN RE: | | | CASE No. 14-41794-TLS |
| MATTHEW F TRACY | BRENDA L TRACY | | |
| 720 SUNFLOWER DR | 720 SUNFLOWER DR | | SS #1 XXX-XX-2923 |
| HICKMAN, NE 68372 | HICKMAN, NE 68372 | | SS #2 XXX-XX-1826 |

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 029 | VANDA, LLC / C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400 / SEATTLE, WA 98121 | 2,496.91 | | Unsecured |
| 030 | VANDA, LLC / C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400 / SEATTLE, WA 98121 | 5,181.16 | | Unsecured |
| 031 | USAA FEDERAL SAVINGS BANK / PO BOX 47504<br>SAN ANTONIO, TX 78265 | None | 9.9000% | Not Filed |
| 032 | SEARS/CBNA / P.O. BOX 6283<br>SIOUX FALLS, SD 57117 | None | | Not Filed |
| 033 | VON MAUR / 6565 BRADY ST<br>DAVENPORT, IA 52806 | 660.81 | | Unsecured |
| 034 | ECAST SETTLEMENT CORP / PO BOX 29262<br>NEW YORK, NY 10087-9262 | 2,429.83 | | Unsecured |
| 035 | WELLS FARGO BANK / PO BOX 5058<br>MAC P6053-021 / PORTLAND, OR 97208 | 528.48 | | Unsecured |

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted below the principal amount of the claim. Oversecured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of it.

| | | | |
|---|---|---|---|
| APRIL MARTY LEWIS | Claims Paid Through Plan | 81,841.58 | |
| 3006 SOUTH 87TH STREET | Claims Paid Direct | 267,832.18 | |
| OMAHA, NE 68124 | Total For This Case | 349,673.76 | |
| | | 3,813.00 | Debtor's Attorney |

## NOTICE CONCERNING CLAIMS

At _____OMAHA_____NE_____ on ___05/18/2015___

   Pursuant to 11 U.S.C. 502 (a) and Nebraska Rule of Bankruptcy Procedure 3007-1(C)(1), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor(s) or other party in interest.

   Within thirty (30) days from the date of this notice, debtor(s) shall examine the proofs of claim and file a timely written objection to any claim which may be improper. The absence of a written objection will be deemed an approval by the debtor(s) of the claims as recited above.

   The Trustee hereby certifies that a true and correct copy of the Trustee's Notice Concerning Claims was served on the debtor's attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed by first class, U.S. Mail, postage prepaid to the Debtor(s) at the address listed above.

                                                                                                                     Kathleen A. Laughlin<br>
                                                                                                                     Chapter 13 Trustee